# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

LETITIA THOMSEN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. C21-5229-MLP

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Based on Defendant's Motion for Extension of Time, and that opposing counsel has no opposition, it is hereby ORDERED that the Answer due date shall be amended as follows:

- Defendant shall have up to and including September 7, 2021, to file an Answer to Plaintiff's Complaint, including the certified administrative record. If the Commissioner is unable to file the certified administrative record on or before that date, Defendant shall file another motion for extension.

Dated this 30th day of June, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE
ANSWER - 1

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE
ANSWER - 2