UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LETITIA THOMSEN, | Case No. C21-5229-MLP |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the Stipulated Motion to Remand for Further Administrative Proceedings pursuant to 42 U.S.C. § 405(g) (sentence four) and good cause shown, it is hereby **ORDERED** as follows:

1. This matter is reversed and remanded under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings with respect to Plaintiff Letitia Thomsen's applications for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act, respectively.

2. Upon remand, the Appeals Council will instruct the Administrative Law Judge to:

    a. Offer the claimant an opportunity for a hearing;

    b. Take any further action needed to complete the administrative record;

Page 1     ORDER - [C21-5229-MLP]

      c. Consider the application of Acquiescence Ruling 97-4(9) to the present case;

      d. Reconsider the medical opinions and prior administrative findings;

      e. As necessary, reassess Thomsen's residual functional capacity assessment;

      f. If warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy; and

      g. Issue a new decision.

Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon a timely and proper application to this Court.

**IT IS SO ORDERED.**

DATED this 27th day of September 2021.

                                            MICHELLE L. PETERSON  
                                            United States Magistrate Judge

Presented by:

s/ Lars J. Nelson  
LARS J. NELSON  
Special Assistant United States Attorney  
Office of the General Counsel  
Social Security Administration  
701 Fifth Avenue, Suite 2900 M/S 221A  
Seattle, WA 98104-7075  
Telephone: (206) 615-3717  
Fax: (206) 615-2531  
lars.nelson@ssa.gov

Page 2      ORDER - [C21-5229-MLP]